FILED

September 03, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ AQ

DEPUTY

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
#### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

JEOVANI ALEJANDRO BARCENAS-OROZCO

Defendant.

Case Number: EP:25-MJ-4934-LE(1)
USM Number:

## JUDGMENT IN A CRIMINAL CASE

The defendant, **JEOVANI ALEJANDRO BARCENAS-OROZCO**, was represented by Jose E. Troche

The defendant pled guilty to the Complaint on September 3, 2025. Accordingly, the defendant is adjudged guilty of such Counts, involving the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count |
|---|---|---|---|
| 50 U.S.C. 797 | Prohibits Willful Violation of Defense Property Security Regulation | 08/31/2025 | 1 |
| 18 U.S.C. 1382 | Entry of Military Property for any Purpose Prohibited by Law | 08/31/2025 | 2 |
| 8 U.S.C. 1325 | Improper Entry by an Alien | 08/31/2025 | 3 |

As pronounced on September 3, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of Time Served plus one (1) business day, as to each of Counts 1, 2, and 3; to run concurrently. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C.§3013 is hereby remitted pursuant to 18 U.S.C. §3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed this 3rd day of September, 2025.

_____
LAURA ENRIQUEZ
United States Magistrate Judge